# IN THE SUPREME COURT OF THE STATE OF NEVADA

RUBEN RENTERIA,
             Appellant,

vs.

THE STATE OF NEVADA,
             Respondent.

No. 77308

RUBEN RENTERIA,
             Appellant,

vs.

THE STATE OF NEVADA,
             Respondent.

No. 77309

**FILED**

DEC 1 4 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are consolidated appeals from orders revoking probation. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of these appeals. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing these appeals, including that appellant cannot hereafter seek to reinstate these appeals, and that any issues that were or could have been brought in these appeals are forever waived. Having been so informed, appellant consents to a voluntary dismissal of these appeals. Cause appearing, we

ORDER these appeals DISMISSED.[1]

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing post-conviction habeas corpus petitions under NRS 34.726(1) shall commence to run from the date of this order.

18-908873

cc: Hon. Scott N. Freeman, District Judge
Washoe County Public Defender
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk